SUN TRANSPORTATION CO., INC., *Respondent*, v. THE UTILITIES AND TRANSPORTATION COMMISSION, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–05583–0, Fred L. Stewart, J., entered May 10, 1988. *Reversed* by unpublished opinion

per Thompson, C.J., concurred in by Munson and Shields, JJ.